UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**Niemann Family L.P.,** a California Limited Partnership;<br>**SFBVC, LLC**, a California Limited Liability Company,<br><br>　　　　　Defendants. | Case: No.4:21-CV-08765-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and including August 12, 2022.
2. All other dates that are calculated based on the inspection date are adjusted accordingly.

IT IS SO ORDERED.

Dated: July 13, 2022

_Haywood S. Gilliam Jr._
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE