1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>          Plaintiff,<br><br>     v.<br><br>NIEMANN FAMILY, L.P., a California limited partnership; SFBVC, LLC, a California limited liability company,<br><br>          Defendants. | Case No. 4:21-cv-08765-HSG<br><br>**ORDER FURTHER AMENDING INITIAL CASE MANAGEMENT SCHEDULING ORDER DEADLINES** |

Pursuant to the Parties' Stipulation to Further Amend Initial Case Management Scheduling Order Deadlines, and good cause appearing therefor, the Court hereby ORDERS that the deadlines set forth in the Initial Case Management Scheduling Order (Docket No. 6), and extended as provided in the Court's Order approving the parties' prior Stipulation (Docket No. 41), shall be further amended and set for the following respective dates:

**AMENDED CASE SCHEDULE**

| Date | Event | Governing Rule |
|---|---|---|
| 03/17/2022 | First Amended Complaint Filed | |
| 03/29/2022 | First Amended Complaint Served on SFBVC, LLC | |
| 7 days before Joint Site Inspection | Last day for parties to complete initial disclosures | FRCivP 26(a); General Order 56, ¶4 |
| 11/04/2022 | Last day for parties and counsel to hold joint inspection of premises | General Order 56, ¶7 |
| 12/09/2022 | Last day for parties to meet and confer in person to discuss settlement – 35 days after Joint Site Inspection | General Order 56, ¶8 |
| 12/16/2022 | Last day for plaintiff to file Notice of Need for Mediation and Certification of Counsel – 42 days after Joint Site Inspection | General Order 56, ¶9 |
| 7 days after mediator files Certification of ADR Session certifying mediation process is concluded | Last day for plaintiff to file Notice Requesting Case Management Conference | General Order 56, ¶10; Civil L.R. 7-11 |

IT IS SO ORDERED.

DATED:   10/18/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Court Judge