UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN WHITAKER**, | **Case No**. 4:21-cv-08765-HSG |
| Plaintiff, | ORDER |
| v. | |
| **NIEMANN FAMILY, L.P.**, a California limited partnership; **SFBVC, LLC**, a California limited liability company, | |
| Defendants | |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to May 15, 2023.

**IT IS SO ORDERED.**

Dated: 3/13/2023

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge